**GONZALEZ SAGGIO & HARLAN LLP**
155 Willowbrook Boulevard, Suite 300
Wayne, New Jersey 07470
(973) 256-9000
*Attorneys for Defendants, CitiMortgage, Inc. for*
*itself and as successor in interest by merger to*
*ABN AMRO Mortgage Group, Inc.*
*Our File No. 6305.0061*

■ …………………………………....…■

| | |
|---|---|
| CARLOS PERALTA, ZAHEER ALI, JOHN ANTHONY, STEPHEN ANTONACCI, KENNETH ASSIRBAAD, THOMAS AND MAUREEN BARRY, KATHLYN BARTHOLOMEW, BENOIT BEAUFILS AND ROSS GIBSON, TIMOTHY AND MICHELLE BERRY, JOHN BROWN, FRANK AND GINA BRUCATO, BERNADETTE BULLOCK, JORDAN BURSLEM, LOUIS CANNARELLA, JOHN CHRAPOWITZKY, CALIN CILIANU, JANICE AND RONALD COOPER, GEORGE AND PATRICIA CUNNINGHAM, MANUEL DEHAYES, FRANCES DELLA MONICA, CRAIG DOVE EL, MILTON AND SHERRY ELLIS, JONATHAN ESTOQUE, LORETTA FARINO, JAMES AND JESSICA FOTI, LISA AND CHAD GOODLEIN, DANIEL GREER, RAMONA AND WALTER HANSON, MUNTAZ HOSEIN, CAROLINE HOWARD, MARIE INNOCENT, JENNETTE JAMES, JEMMIE JEMISON, CHRIS AND YOLONDA JONES, BENNY JOSEPH, TYRONE AND CECILIA KAHOOILIHALA, SWENARIAN KALLICA, LARRY KAPLAN, DEBORAH KEAHN, JEROME KEUBENG, ANNA KULA, XHEVAT LULAJ, JOETTA MACMILLER, LUCILA AND FERNANDO MARTINEZ, DEBORAH MASON, CARL MAZZELLA, BILL MCCOMBS, DEAN MEDINA, RICK MEYER, TYRAN MINCEY, JOHN LOUIS AND PAULA MOFFA, DANIEL AND TRACEY MURPHY, KEVIN AND GUNESH MURPHY, JAQUER NETO, THOMAS AND DEBRA PAULLIN, MICHAEL PIEFFER, MICHAEL POWELL, | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

Civil Action No.


**FEDERAL RULE OF CIVIL PROCEDURE 7.1 STATEMENT OF DEFENDANTS, CITIMORTGAGE, INC. FOR ITSELF AND AS SUCCESSOR IN INTEREST BY MERGER TO ABN AMRO MORTGAGE GROUP, INC.**


<u>Document Electronically Filed</u> |

KIMBERLY SACHS, KENNETH SANDERS,
PAUL AND TONI SCHWAHN,    EHAB
SHALABY,  SHAILENDRA  AND  ANITA
SHARMA, KATRINA SMITH AND DORIAN
KING,   JOHN   STEPHENSON,   DELVIN
SWEENEY, HOWARD SYLVESTER, JAMES
TAYLOR, KARMA THARCHIN, WILLIAM
WEBB, MARK WILKERSON, LINDA AND
KELVIN WILLIAMS, KAREN WILLIAMS,
AND MITCHELL YEOMAN,

              Plaintiffs,

    vs.

ABN  AMRO  MORTGAGE  GROUP,  INC.,
AEGIS      FUNDING      CORPORATION,
AMERICAN     FINANCIAL     RESOURCES,
INC., BANK OF AMERICA, N.A., for itself
and as successor in interest to BAC HOME
LOANS       SERVICING,      LP,      f/k/a
COUNTRYWIDE HOME LOAN SERVICING
LP,   and   as   successor   in   interest   to
COUNTRYWIDE   BANK,   FSB,   BANK
UNITED,    N.A.,    BAYVIEW    LOAN
SERVICING, LLC, CAPITAL ONE, N.A.,
CITIMORTGAGE, INC, CITIZENS BANK,
N.A., COUNTRYWIDE HOME LOANS, INC.,
EMIGRANT   FUNDING   CORPORATION,
ENCORE BANK, 1ST MARINER BANK, a/k/a
FIRST   MARINER   BANK,   FLAGSTAR
BANCORP, INC. a/k/a FLAGSTAR BANK,
FSB, GREENPOINT MORTGAGE FUNDING,
INC.,   GREEN TREE SERVICING, LLC,
HOMEWARD   RESIDENTIAL,   INC,   f/k/a
AMERICAN      HOME      MORTGAGE
SERVICING,      INC.,      HOME123
CORPORATION,   JP   MORGAN   CHASE
BANK,   N.A.,   LIBERTY   LENDING
CONSULTATNTS,   INC.,   LITTON   LOAN
SERVICING, LP,  MERSCORP HOLDINGS,
INC. f/k/a MERSCORP. INC., MUTUAL OF
OMAHA      BANK,      NATIONSTAR
MORTGAGE, LLC, ONEWEST BANK, FSB,
for  itself  and  as  successor  in  interest  to
INDYMAC FEDERAL BANK, FSB, and/or
INDYMAC    BANK,    FSB,    OWNIT

MORTGAGE SOLUTIONS, INC., PHH
MORTGAGE CORPORATION, PNC BANK,
N.A., QUICKEN LOANS, INC., SAXON
MORTGAGE SERVICES, INC., SELECT
PORTFOLIO SERVICING, INC., SETERUS,
INC., SHELTER MORTGAGE COMPANY,
LLC, SPECIALIZED LOAN SERVICING,
LLC, SUNTRUST MORTGAGE, INC., U.S.
BANK, N.A., WELLS FARGO BANK, N.A.
WELLS FARGO BANK, N.A. d/b/a
AMERICA'S SERVICING COMPANY,
WELLS FARGO HOME MORTGAGE, INC.,
AND DOES 1-40

      Defendants
■ …………………………………………...…■

  Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendants,

CitiMortgage, Inc. for itself and as successor in interest by merger to ABN AMRO Mortgage

Group, Inc., certifies that:

  •   30% of the shares of CitiMortgage, Inc. are owned by Citigroup Network

Holdings LLC; (ii) 70% of the shares of CitiMortgage, Inc. are owned by Citibank, N.A.; (iii)

20% of the shares of Citigroup Network Holdings LLC are owned by Citicorp USA; (iv) 80% of

the shares of Citigroup Network Holdings LLC are owned by CitiFinancial Auto Credit, Inc.; (v)

Both Citicorp USA and CitiFinancial Auto Credit, Inc. are wholly owned subsidiaries of

Citibank, N.A.; (vi) Citibank, N.A. is a wholly owned subsidiary of Citicorp.; (vii) Citicorp is a

wholly owned subsidiary of Citigroup Inc.; and (viii) Citigroup Inc. is a publicly traded

corporation.

  •   ABN Amro Mortgage Group, Inc. merged into CitiMortgage, Inc. in 2007.

GONZALEZ SAGGIO & HARLAN LLP
*Attorneys for Defendants, CitiMortgage, Inc. for*
*itself and as successor in interest by merger to*
*ABN AMRO Mortgage Group, Inc.*


By:      */s/ Steven Gerber*
          Steven Gerber
          155 Willowbrook Boulevard, Suite 300
          Wayne, New Jersey 07470
          Tel: (973) 256-9000
          Fax: (973) 256-9001
          Steven_Gerber@gshllp.com

          Thomas V. Panoff, Esq. (to be admitted *pro hac vice*)
          MAYER BROWN LLP
          71 South Wacker Drive
          Chicago, IL 60606
          Tel: (312) 701-8821
          Fax: (312) 706-8297
          TPanoff@mayerbrown.com

Dated:  October 1, 2013

4