**GONZALEZ SAGGIO & HARLAN LLP**
155 Willowbrook Boulevard, Suite 300
Wayne, New Jersey 07470
(973) 256-9000
*Attorneys for Defendants, CitiMortgage, Inc. for itself and as successor in interest by merger to ABN AMRO Mortgage Group, Inc.*
Our File No. 6305.0061

■ …………………………………………...….■

| | |
|---|---|
| CARLOS PERALTA, ZAHEER ALI, JOHN ANTHONY, STEPHEN ANTONACCI, KENNETH ASSIRBAAD, THOMAS AND MAUREEN BARRY, KATHLYN BARTHOLOMEW, BENOIT BEAUFILS AND ROSS GIBSON, TIMOTHY AND MICHELLE BERRY, JOHN BROWN, FRANK AND GINA BRUCATO, BERNADETTE BULLOCK, JORDAN BURSLEM, LOUIS CANNARELLA, JOHN CHRAPOWITZKY, CALIN CILIANU, JANICE AND RONALD COOPER, GEORGE AND PATRICIA CUNNINGHAM, MANUEL DEHAYES, FRANCES DELLA MONICA, CRAIG DOVE EL, MILTON AND SHERRY ELLIS, JONATHAN ESTOQUE, LORETTA FARINO, JAMES AND JESSICA FOTI, LISA AND CHAD GOODLEIN, DANIEL GREER, RAMONA AND WALTER HANSON, MUNTAZ HOSEIN, CAROLINE HOWARD, MARIE INNOCENT, JENNETTE JAMES, JEMMIE JEMISON, CHRIS AND YOLONDA JONES, BENNY JOSEPH, TYRONE AND CECILIA KAHOOILIHALA, SWENARIAN KALLICA, LARRY KAPLAN, DEBORAH KEAHN, JEROME KEUBENG, ANNA KULA, XHEVAT LULAJ, JOETTA MACMILLER, LUCILA AND FERNANDO MARTINEZ, DEBORAH MASON, CARL MAZZELLA, BILL MCCOMBS, DEAN MEDINA, RICK MEYER, TYRAN MINCEY, JOHN LOUIS AND PAULA MOFFA, DANIEL AND TRACEY MURPHY, KEVIN AND GUNESH MURPHY, JAQUER NETO, THOMAS AND DEBRA PAULLIN, MICHAEL PIEFFER, MICHAEL POWELL, | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY<br><br>Civil Action No. 13-cv-05607-ES-JAD<br><br>**NOTICE OF APPEARANCE**<br><br>Document Electronically Filed |

KIMBERLY SACHS, KENNETH SANDERS, PAUL AND TONI SCHWAHN, EHAB SHALABY, SHAILENDRA AND ANITA SHARMA, KATRINA SMITH AND DORIAN KING, JOHN STEPHENSON, DELVIN SWEENEY, HOWARD SYLVESTER, JAMES TAYLOR, KARMA THARCHIN, WILLIAM WEBB, MARK WILKERSON, LINDA AND KELVIN WILLIAMS, KAREN WILLIAMS, AND MITCHELL YEOMAN,

     Plaintiffs,

 vs.

ABN AMRO MORTGAGE GROUP, INC., AEGIS FUNDING CORPORATION, AMERICAN FINANCIAL RESOURCES, INC., BANK OF AMERICA, N.A., for itself and as successor in interest to BAC HOME LOANS SERVICING, LP, f/k/a COUNTRYWIDE HOME LOAN SERVICING LP, and as successor in interest to COUNTRYWIDE BANK, FSB, BANK UNITED, N.A., BAYVIEW LOAN SERVICING, LLC, CAPITAL ONE, N.A., CITIMORTGAGE, INC, CITIZENS BANK, N.A., COUNTRYWIDE HOME LOANS, INC., EMIGRANT FUNDING CORPORATION, ENCORE BANK, 1ST MARINER BANK, a/k/a FIRST MARINER BANK, FLAGSTAR BANCORP, INC. a/k/a FLAGSTAR BANK, FSB, GREENPOINT MORTGAGE FUNDING, INC., GREEN TREE SERVICING, LLC, HOMEWARD RESIDENTIAL, INC, f/k/a AMERICAN HOME MORTGAGE SERVICING, INC., HOME123 CORPORATION, JP MORGAN CHASE BANK, N.A., LIBERTY LENDING CONSULTATNTS, INC., LITTON LOAN SERVICING, LP, MERSCORP HOLDINGS, INC. f/k/a MERSCORP. INC., MUTUAL OF OMAHA BANK, NATIONSTAR MORTGAGE, LLC, ONEWEST BANK, FSB, for itself and as successor in interest to INDYMAC FEDERAL BANK, FSB, and/or INDYMAC BANK, FSB, OWNIT

2

MORTGAGE SOLUTIONS, INC., PHH MORTGAGE CORPORATION, PNC BANK, N.A., QUICKEN LOANS, INC., SAXON MORTGAGE SERVICES, INC., SELECT PORTFOLIO SERVICING, INC., SETERUS, INC., SHELTER MORTGAGE COMPANY, LLC, SPECIALIZED LOAN SERVICING, LLC, SUNTRUST MORTGAGE, INC., U.S. BANK, N.A., WELLS FARGO BANK, N.A. WELLS FARGO BANK, N.A. d/b/a AMERICA'S SERVICING COMPANY, WELLS FARGO HOME MORTGAGE, INC., AND DOES 1-40

    Defendants

■……………………………………...….■

To the Clerk of this Court:

  Please enter the appearance of Mary Pat Gallagher, Esq. on behalf of Defendants, CitiMortgage, Inc. for itself and as successor in interest by merger to ABN AMRO Mortgage Group, Inc.

Dated: October 1, 2013

        GONZALEZ SAGGIO & HARLAN LLP

    By: _s/ Mary Pat Gallagher_____
      Mary Pat Gallagher, Esq.
      155 Willowbrook Boulevard, Suite 300
      Wayne, New Jersey 07470
      (973) 256-9000 phone number
      (973) 256-9001 fax number
      Email: marypat_gallagher@gshllp.com
      *Attorneys for Defendants, CitiMortgage, Inc. for itself and as successor in interest by merger to ABN AMRO Mortgage Group, Inc.*