UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLOS PERALTA, et al.,<br><br>  Plaintiffs,<br><br> v.<br><br>ABN AMRO MORTGAGE GROUP, et al.,<br><br>  Defendants. | Civil Action No. 2:13-cv-05607-ES-JAD<br><br><br>NOTICE OF DEFENDANTS' MOTION TO DROP PLAINTIFFS AND TO DISMISS PLAINTIFFS' COMPLAINT |

**TO:** R. Geoffrey Broderick, Esq.
The Resolution Law Group, P.C.
500 West Putnam Avenue, Ste. 400
Greenwich, CT 06830

**PLEASE TAKE NOTICE THAT** on November 4, 2013, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for Defendants Bank of America, N.A. and Countrywide Home Loans, Inc. (collectively, "Defendants") shall move before the Honorable Esther Salas, U.S.D.J., at the Federal District Court for the District of New Jersey located at the Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, on a Motion to Drop Plaintiffs and to Dismiss Plaintiffs' Complaint with prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendants shall rely on their Memorandum of Law and Certification of Scott H. Kaiser, Esquire, submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendants respectfully request oral argument if this Motion is opposed.

2

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order granting Defendants' Motion to Drop Plaintiff and to Dismiss Plaintiffs' Complaint with prejudice is enclosed herewith.

| | |
|---|---|
| BRYAN CAVE LLP | REED SMITH LLP |
| By: /s/ Scott H. Kaiser<br>       Scott H. Kaiser | By: /s/ Mark S. Melodia<br>       Mark Melodia<br>       Diane Bettino |
| 1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone: (212) 541-2000<br>Facsimile: (212) 541-4630<br>scott.kaiser@bryancave.com | 136 Main Street, Suite 250<br>Princeton Forrestal Village<br>Princeton, NJ 08540<br>Telephone: 609-987-0050<br>Facsimile: 609-951-0824<br>mmelodia@reedsmith.com<br>dbettino@reedsmith.com |
| *Attorneys for Defendants Bank of America, N.A. and Countrywide Home Loans, Inc.* | *Attorneys for Defendant Bank of America, N.A. and Countrywide Home Loans, Inc.* |
| Dated:  October 10, 2013 | Dated:  October 10, 2013 |