## U.S. District Court District of New Jersey

## NOTICE OF ASSOCIATION OF COUNSEL

PERALTA et al

v.                                                    Case No: 2:13-cv-05607-ES-JAD

ABN AMRO MORTGAGE GROUP, INC. et al

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that THE BERGER LAW GROUP, P.A., does hereby associate into the above-captioned case as co-counsel to The Resolution Law Group, P.C., on behalf of each and every plaintiff, effective immediately.  THE BERGER LAW GROUPS's address is 4100 W. Kennedy Blvd., Suite 300, Tampa, FL 33609,  telephone number is (813) 207-0000 and fax number is (866) 922-0686

Dated: December 3, 2013

Jeanne Lahiff
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I, Jeanne Lahiff, Esq. certify that on this 3rd day of January, 2014 caused a

true copy of the aforementioned to be filed via ECF and all counsel of record shall

receive the same notice via ECF.

THE BERGER LAW GROUP

*/s/ Jeanne Lahiff*
Jeanne Lahiff, Esq.